# UNITED STATES DISTRICT COURT

District of _____

DANIEL GREENWOOD

V.

YALE APPLIANCE AND LIGHTING, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 10605 JLT

TO: (Name and address of Defendant)

YALE APPLIANCE AND LIGHTING, INC.
296 FREEPORT STREET
BOSTON, MA 02122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL W. RICE
GLYNN, LANDRY, HARRINGTON & RICE
10 FORBES ROAD
BRAINTREE, MA 02184

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAR 29 2005

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

0501982Z

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

August 23, 2005
I hereby certify and return that on 8/22/2005 at 8:10AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Donald Gardner, agent at the time of service for Yale Appliance and Lighting, Inc., 296 Freeport Street, Dorchester, MA 02122. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.52

Deputy Sheriff Robert Foscaldo

Deputy Sheriff

(1) As to w