UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL GREENWOOD,

       Plaintiff,

v.

                          Civil Action No. 05-10605

YALE APPLIANCE AND LIGHTING, INC.[1]

       Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Maria Moynihan as attorney for the defendant, Yale Electric, in this matter.

                          YALE ELECTRIC,

                          By its attorneys,

                          /s/_____
                          Maria C. Moynihan (BBO# 542814)
                          Tracy Thomas Boland (BBO# 638878)
                          MORGAN, BROWN & JOY, LLP
                          200 State Street, 11th Floor
                          Boston, MA 02109
Dated: August 25, 2005       (617) 523-6666

## CERTIFICATE OF SERVICE

    I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by first-class mail on this 25th day of August 2005.

                          _____
                          Tracy Thomas Boland

---

[1] Plaintiff's Complaint caption refers to the Defendant as "Yale Appliance and Lighting, Inc." Defendant's proper name is Yale Electric and it will be referred to as such herein.