## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

      Plaintiff,

v.

YALE APPLIANCE AND LIGHTING, INC.[1]

      Defendant.

_____

Civil Action No. 05-10605

### NOTICE OF APPEARANCE

Please enter the appearance of Tracy Thomas Boland as attorney for the defendant, Yale Electric, in this matter.

        YALE ELECTRIC,

        By its attorneys,

        /s/Tracy Thomas Boland
        Maria C. Moynihan (BBO# 542814)
        Tracy Thomas Boland (BBO# 638878)
        MORGAN, BROWN & JOY, LLP
        200 State Street, 11th Floor

Dated: August 25, 2005         (617) 523-6666

### CERTIFICATE OF SERVICE

    I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by first-class mail on this 25th day of August 2005.

        /s/ Tracy Thomas Boland
        Tracy Thomas Boland

---

[1]     Plaintiff's Complaint caption refers to the Defendant as "Yale Appliance and Lighting, Inc." Defendant's proper name is Yale Electric and it will be referred to as such herein.