UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

      Plaintiff,

v.                                                                                        Civil Action No. 05-10605

YALE APPLIANCE AND LIGHTING, INC.

      Defendant.

_____

**NOTICE OF APPEARANCE**

Please enter the appearance of Maria Moynihan as attorney for the defendant, Yale Electric, in this matter.

                        YALE ELECTRIC,

                        By its attorneys,

                        /s/ Maria C. Moynihan
                        Maria C. Moynihan (BBO# 542814)
                        Tracy Thomas Boland (BBO# 638878)
                        MORGAN, BROWN & JOY, LLP
                        200 State Street, 11th Floor
                        Boston, MA 02109

Dated: September _7_, 2005              (617) 523-6666

**CERTIFICATE OF SERVICE**

    I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by first-class mail on this _7_th day of September 2005.

/s/ Maria C. Moynihan
