UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DANIEL GREENWOOD,

    Plaintiff,

v.

YALE APPLIANCE AND LIGHTING, INC.

    Defendant.

Civil Action No. 05-10605

---

## NOTICE OF APPEARANCE

Please enter the appearance of Maria Moynihan as attorney for the defendant, Yale Electric, in this matter.

    YALE ELECTRIC,

    By its attorneys,

    /s/ Maria C. Moynihan
    Maria C. Moynihan (BBO# 542814)
    Tracy Thomas Boland (BBO# 638878)
    MORGAN, BROWN & JOY, LLP
    200 State Street, 11th Floor
    Boston, MA 02109

Dated: September _7_, 2005    (617) 523-6666

## CERTIFICATE OF SERVICE

I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by first-class mail on this _7_th day of September 2005.

    /s/ Maria C. Moynihan