UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

    Plaintiff,

v.

YALE APPLIANCE AND LIGHTING, INC.

    Defendant.

_____

Civil Action No. 05-10605

**ASSENTED-TO MOTION TO EXTEND DEADLINE
FOR FILING RESPONSIVE PLEADING**

    Defendants hereby submit this motion to extend the deadline for filing of its responsive pleading pursuant to Federal Rule of Civil Procedure 12. The responsive pleading is currently due today, September 26, 2005, and Defendants hereby request that this deadline be extended to October 18, 2005. Plaintiff has assented to this motion.

    YALE ELECTRIC,

    By its attorneys,

    /s/Tracy Thomas Boland
    Maria C. Moynihan (BBO# 542814)
    Tracy Thomas Boland (BBO# 638878)
    MORGAN, BROWN & JOY, LLP
    200 State Street, 11th Floor

Dated: September 26, 2005    (617) 523-6666

ASSENTED TO:

/s/ Daniel W. Rice/TTB
Daniel W. Rice (BBO# 559269)
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184
781 849-8479

## CERTIFICATE OF SERVICE

    I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by ECF on this 26th day of September 2005.

                                          /s/ Tracy Thomas Boland
                                          Tracy Thomas Boland