UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL GREENWOOD,                   )
                                    )
            Plaintiff,              )
                                    )  Civil Action No. 05-10605 JLT
v.                                  )
                                    )
YALE APPLIANCE AND LIGHTING, INC.,  )
                                    )
            Defendant.              )
_____)

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Yale Appliance and Lighting, Inc. ("Yale" or "Defendant"), hereby answers the Complaint of plaintiff, Daniel Greenwood ("Greenwood" or "Plaintiff"), as follows:

### Parties

1. Yale states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2. Yale admits the allegations contained in paragraph 2 of the Complaint.

### Factual Allegations

3. Yale admits the allegations contained in paragraph 3 of the Complaint.

4. Yale admits the allegations contained in paragraph 4 of the Complaint.

5. Yale states Mr. Greenwood sustained an injury in or about 2003 for which certain payments were made and he missed work and, in further answering, states that the remaining allegations in paragraph 5 contain a legal conclusion for which no response is

required and, to the extent that these allegations are construed as requiring a response, then the allegations are denied.

6. Yale admits the allegations contained in paragraph 6 of the Complaint.

7. Yale states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and therefore denies same.

8. Yale denies the allegations contained in paragraph 8 of the Complaint

9. Yale admits the allegations contained in paragraph 9 of the Complaint.

10. Yale denies the allegations contained in paragraph 10 of the Complaint.

11. Yale admits the allegations contained in paragraph 11 of the Complaint. Further answering, Yale states that this was not the first time it requested medical documentation from Plaintiff.

12. Yale admits the allegations contained in paragraph 12 of the Complaint.

13. Yale denies the allegations contained in paragraph 13 of the Complaint.

14. Yale denies the allegations contained in paragraph 14 of the Complaint.

15. Yale denies the allegations contained in paragraph 15 of the Complaint.

16. Yale denies the allegations contained in paragraph 16 of the Complaint.

17. Yale admits the allegations contained in paragraph 17 of the Complaint.

18. Yale admits the allegations contained in paragraph 18 of the Complaint.

19. Yale admits the allegations contained in paragraph 19 of the Complaint.

20. Yale denies the allegations contained in paragraph 20 of the Complaint.

21. Yale states that paragraph 21 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 21 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

## Count I
### (Violation of the FLSA)

22. Paragraph 22 is not an allegation to which a response from Yale is required. Further answering, Yale states that to the extent paragraph 22 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

23. Yale states that paragraph 23 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 23 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

24. Yale states that paragraph 24 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 24 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

25. Yale states that paragraph 25 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 25 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

26. Yale denies the allegations contained in paragraph 26 of the Complaint.

## Count II
### Violation of G.L. c. 149, §148

27. Yale incorporates by reference and realleges its responses contained within paragraphs 1 through 26 herein.

28. Yale states that paragraph 28 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 28 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

29. Paragraph 29 is not an allegation to which a response from Yale is required. Further answering, to the extent paragraph 29 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

30. Yale states that paragraph 30 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 30 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

31. Yale denies the allegations contained in paragraph 31 of the Complaint.

32. Yale denies the allegations contained in paragraph 32 of the Complaint.

## Count III
## Violation of FMLA
## Termination for Absences Protected Under the FMLA

33. Yale incorporates by reference and realleges its responses contained within paragraphs 1 through 32 herein.

34. Yale states that paragraph 34 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 34 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

35. Yale states that paragraph 35 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 35 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

36. Yale states that paragraph 36 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 36 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

37. Yale denies the allegations contained in paragraph 37 of the Complaint.

38. Yale denies the allegations contained in paragraph 38 of the Complaint.

### Count IV
### Violation of the FMLA
### Retaliatory Discharge

39. Yale incorporates by reference and realleges its responses contained within paragraphs 1 through 38 herein.

40. Yale denies the allegations contained in paragraph 40 of the Complaint.

41. Yale denies the allegations contained in paragraph 41 of the Complaint.

42. Yale denies the allegations contained in paragraph 42 of the Complaint.

### Count V
### Violation of the ADEA

43. Yale incorporates by reference and realleges its responses contained within paragraphs 1 through 42 herein.

44. Yale states that paragraph 44 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 44 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

45. Yale states that paragraph 45 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 45 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

46. Yale states that paragraph 46 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 46 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

47. Yale denies the allegations contained in paragraph 47 of the Complaint.

48. Yale denies the allegations contained in paragraph 48 of the Complaint.

## Count VI
### Violation of G.L. c. 151B
### Age Discrimination

49. Yale incorporates by reference and realleges its responses contained within paragraphs 1 through 48 herein.

50. Yale states that paragraph 50 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 50 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

51. Yale states that paragraph 51 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 51 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

52. Yale states that paragraph 52 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 52 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

53. Yale denies the allegations contained in paragraph 53 of the Complaint.

54. Yale denies the allegations contained in paragraph 54 of the Complaint.

**Count VII**
**Violation of G.L. c. 152, §75B(2)**
**Retaliatory Discharge**

55.     Yale incorporates by reference and realleges its responses contained within paragraphs 1 through 54 herein.

56.     Yale states that paragraph 56 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 56 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

57.     Yale states that paragraph 57 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 57 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

58.     Yale states that paragraph 58 of the Complaint calls for a legal conclusion to which a response is not required. To the extent paragraph 58 of the Complaint contains allegations of fact to which a response is required, Yale denies same.

59.     Yale denies the allegations contained in paragraph 59 of the Complaint.

60.     Yale denies the allegations contained in paragraph 60 of the Complaint.

**Affirmative Defenses**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint in whole or in part fails to state a claim upon which relief can be granted and should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's complaint is barred, in whole or in part, by the doctrines of waiver, laches, and estoppel.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred, in whole or in part, because plaintiff's own conduct proximately caused any harm suffered or loss incurred.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred, in whole or in part, because plaintiff has suffered no damages.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed properly to mitigate damages, the existence of which the defendant denies, as required by law.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred, in whole or in part, because the defendant's actions were at all times proper and lawful, in the advancement of legitimate business interests and responsibilities.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, are limited by statute.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred in whole or in part because, at all relevant times, the actions of the defendant were legal, proper, reasonable, and in conformity with all applicable Massachusetts and federal statutory, regulatory, and decisional law.

### TENTH AFFIRMATIVE DEFENSE

The exclusive remedy provisions of Massachusetts Workers Compensation law provided in G.L. c. 152 bar plaintiff's complaint, in whole or in part.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred, in whole or in part, because plaintiff has failed to exhaust his administrative remedies.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred, in whole or in part, because all employment decisions regarding or affecting plaintiff were based upon legitimate, non-discriminatory reasons that were in no way related to plaintiff's alleged age.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred, in whole or in part, to the extent his claims exceed the scope of, or are inconsistent with, his charge of discrimination.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint should be dismissed, as he failed to serve the complaint when was required to do.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, because he was not eligible for, and/or exhausted his right to leave under the Family and Medical Leave Act.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, because he is an exempt employee under the Fair Labor Standards Act.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend this answer to modify its responses and add such affirmative defenses as warranted by additional investigation and discovery in this case.

WHEREFORE, Defendant requests that:

1. Plaintiff's complaint be dismissed;

2. Defendant be awarded costs and fees; and

3. Defendant be granted such other and further relief, as the Court deems appropriate.

>YALE APPLIANCE
>AND LIGHTING, INC.
>By its attorneys,
>
>/s/ Tracy Thomas Boland
>Jaclyn Kugell (BBO# 561622)
>Michael Clarkson (BBO# 646680)
>Tracy Thomas Boland (BBO# 638878)
>MORGAN, BROWN & JOY, LLP
>200 State Street
>Boston, MA 02109
>(617) 523-6666

Dated: October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served upon the Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by first-class mail on this 18th day of October, 2005.

>/s/ Tracy Thomas Boland
>Tracy Thomas Boland