UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

       Plaintiff,

v.

YALE APPLIANCE AND LIGHTING, INC.

       Defendant.

_____

Civil Action No. 05-10605

## NOTICE OF WITHDRAWAL

Please withdraw Maria Moynihan as attorney for the defendant in this matter. In her place, Jaclyn Kugell, Michael Clarkson, and Tracy Thomas Boland will continue to represent defendant Yale Appliance & Lighting, Inc.

       YALE APPLIANCE AND LIGHTING, INC.

       By its attorneys,

       /s/ Tracy Thomas Boland
       Jaclyn Kugell (BBO# 561622)
       Michael Clarkson (BBO# 646680)
       Tracy Thomas Boland (BBO# 638878)
       MORGAN, BROWN & JOY, LLP
       200 State Street, 11th Floor
       Boston, MA 02109

Dated: October 25, 2005       (617) 523-6666

## CERTIFICATE OF SERVICE

I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by electronic filing on this 25th day of October 2005.

       /s/ Tracy Thomas Boland
       Tracy Thomas Boland