UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

    Plaintiff,

v.

YALE APPLIANCE AND LIGHTING, INC.

    Defendant.
_____

Civil Action No. 05-10605

## NOTICE OF APPEARANCE

Please enter the appearance of Michael Clarkson as attorney for the defendant, Yale Electric, in this matter.

YALE ELECTRIC,

By its attorneys,

/s/Michael Clarkson
Jaclyn Kugell (BBO# 561622)
Michael Clarkson (BBO# 646680)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
(617) 523-6666

Dated: November 10, 2005

## CERTIFICATE OF SERVICE

I, Michael Clarkson, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, via electronic filing on this 10 day of November, 2005.

/s/ Michael Clarkson
Michael Clarkson