# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL GREENWOOD, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) C.A. NO. 05-10605-JLT |
|  | ) |
| YALE APPLIANCE AND LIGHTING, INC., | ) |
|  | ) |
| Defendant | ) |

### PLAINTIFF'S LIST OF PROPOSED DEPONENTS

### I. INDIVIDUALS WITH DISCOVERABLE INFORMATION

Pursuant to the Discovery Order, the Plaintiff proposes to depose:

James Raposa
Yale Electric
296 Freeport Street
Dorchester, MA 02122

Louis Frazer
Yale Electric
296 Freeport Street
Dorchester, MA 02122

Stephen Sheinkauf
Yale Electric
296 Freeport Street
Dorchester, MA 02122

  The Plaintiff also would like to depose 2-3 individuals employed as "Driver's Helpers" employed by the Defendant to provide information about the wage practices in place during the time the Plaintiff was employed. The information these individuals could provide is relevant to the Plaintiff's FLSA claim. The Plaintiff is awaiting the Defendant's disclosure of payroll information so that he can identify the appropriate individuals.

1

Respectfully submitted,

DANIEL GREENWOOD

By his attorney,

s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 356-1399

Dated:  March 6, 2006

2