UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL GREENWOOD,                   )
                                    )
            Plaintiff,              )
                                    )  Civil Action No. 05-10605 JLT
v.                                  )
                                    )
YALE APPLIANCE AND LIGHTING, INC.,  )
                                    )
            Defendant.              )
_____)

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Plaintiff Daniel Greenwood and defendant, Yale Appliance and Lighting, Inc., hereby submit their Joint Statement Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference dated March 8, 2006.

**I.   Discovery Schedule**

A.   All fact discovery, including written discovery, if any, and depositions of fact witnesses, and exchange of expert witness lists, to be completed by August 15, 2006.

B.   All depositions of expert witnesses to be completed by September 15, 2006.

**II.  Motion Schedule**

All dispositive motions to be filed by October 17, 2006.

**III. Trial by Magistrate Judge**

The parties do not consent to trial by magistrate judge.

IV. **Certifications Signed by Counsel and Parties**

The parties will file their respective Local Rule 16.1(D)(3) certifications separately.

| | |
|---|---|
| DANIEL GREENWOOD,<br>By his attorney, | YALE APPLIANCE AND<br>LIGHTING, INC.,<br>By its attorneys, |
| /s/ Daniel W. Rice<br>Daniel W. Rice (BBO# 559269)<br>Glynn, Landry, Harrington & Rice, LLP<br>10 Forbes Road<br>Braintree, MA 02184<br>781 849-8479 | /s/ Tracy Thomas Boland<br>Jaclyn Kugell (BBO# 561622)<br>Michael Clarkson (BBO# 646680)<br>Tracy T. Boland (BBO# 638878)<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, MA 02108<br>617 523-6666 |

March 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for Plaintiff, Daniel W. Rice, and paper copies will be sent to those indicated as non-registered participants on the 28th day of March, 2006.

/s/ Tracy Thomas Boland
Tracy Thomas Boland