UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL GREENWOOD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-10605 JLT |
| YALE APPLIANCE AND LIGHTING, INC., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jaclyn L. Kugell, Esq., of the law firm of Morgan, Brown & Joy, LLP hereby serves her notice of appearance on behalf of Defendant, Yale Appliance and Lighting, Inc., and hereby requests that copies of all papers, pleadings, discovery, and orders in this action be served upon the undersigned.

       Respectfully submitted,

       YALE APPLIANCE AND LIGHTING, INC.

       By its Attorneys


       /s/ Jaclyn L. Kugell_____
       B.B.O. No. 561622
       MORGAN, BROWN & JOY, LLP
       200 State Street, 11th Floor
       Boston, MA 02109
       (617) 523-6666

Dated: April 10, 2006

## CERTIFICATE OF SERVICE

 I, Jaclyn Kugell, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, via electronic filing on this 10th day of April, 2006.

       /s/ Jaclyn Kugell_____