UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANIEL GREENWOOD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10605-JLT |
| | * | |
| YALE APPLIANCE AND LIGHTING, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

April 11, 2006

TAURO, J.

After a Conference held on April 11, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) James Raposa; (2) Louis Frazer; and (3) Stephen Sheinkauf;

2. Defendant may depose the following: (1) Daniel Greenwood; (2) Scott Palosik; and (3) Dr. Alzaim;

3. The abovementioned depositions must be completed by August 15, 2006; and

4. A Further Conference will be held on September 5, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge