UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

       Plaintiff,

v.

YALE APPLIANCE AND LIGHTING, INC.

       Defendant.
_____

Civil Action No. 05-10605

## JOINT MOTION TO EXTEND DEADLINE FOR DEPOSITIONS

      Plaintiff Daniel Greenwood and Defendant Yale Appliance and Lighting, Inc. (collectively "parties") hereby jointly request that the deadline imposed by the Court's Order dated April 11, 2006 ("Order") for the taking of depositions be extended from August 15, 2006 to November 30, 2006.

      As grounds for this motion, the parties state that they have been working together to resolve this matter since the scheduling conference held on April 11, 2006. The parties have not been able to reach a settlement. As a result, the parties recently have begun scheduling the depositions permitted by the Court's Order. Scheduling conflicts, including the absence of at least one of Defendant's officials (and deponent) who will be out of the country for several weeks in August and September, are the basis for the requested extension.

      WHEREFORE, the parties respectfully request the extension of the deadline by which to conduct depositions to November 30, 2006.

2

| DANIEL GREENWOOD | YALE APPLIANCE AND LIGHTING, INC. |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Daniel W. Rice | /s/Tracy Thomas Boland |
| Daniel W. Rice (BBO# 559269) | Jaclyn Kugell (BBO# 561622) |
| Glynn, Landry, Harrington & Rice, LLP | Tracy Thomas Boland (BBO# 638878) |
| 10 Forbes Road | Morgan, Brown & Joy, LLP |
| Braintree, MA 02184 | 200 State Street |
| 781 849-8479 | Boston, MA 02108 |
| | 617 523-6666 |

Dated: August 7, 2006