# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

      Plaintiff,

v.                                         Civil Action No. 05-10605

YALE APPLIANCE AND LIGHTING, INC.

      Defendant.

_____

## ASSENTED-TO MOTION TO AMEND DISCOVERY ORDER

Defendants hereby move to revise the discovery Order issued by the Court on April 11, 2006 (and modified by Order dated August 21, 2006) ("Order"). By the Order, the Court granted Defendant permission to depose Daniel Greenwood, Scott Pilosi, and Dr. Alzaim. Defendant has deposed Mr. Greenwood and Dr. Alzaim. Defendant now moves the Court to allow it to also depose Donna Colado, Plaintiff's girlfriend.

As grounds for this Motion, Defendant states that it sought the Court's permission to depose the Plaintiff's girlfriend in Defendant's List Of Proposed Deponents, and the issue of Ms. Colado's deposition was discussed when the parties appeared before the Court on April 11, 2006. At that time, there was no indication from the Court, or the Plaintiff for that matter, that Ms. Colado was inappropriately identified as a possible deponent. Ms. Colado's name, however, did not appear in the list of permitted depositions contained in the Order. Defendant suspects the oversight may have been due to the fact that Ms. Colado's name was not known to it at the time and she was therefore referred to in Defendant's List Of Proposed Deponents solely as "Plaintiff's girlfriend."

In any event, discovery conducted to date further suggests that Ms. Colado possesses discoverable information.

The parties are in the process of scheduling Ms. Colado's deposition for a date prior to November 30, 2006, pending the Court's approval. Defendant did not make the instant Motion before the present time because it wanted to ensure that, to the extent any additional depositions besides Ms. Colado were required, it only sought to amend the Order once prior to the close of discovery on November 30, 2006.

Plaintiff has assented to this Motion.

YALE ELECTRIC,

By its attorneys,

/s/Tracy Thomas Boland
Jaclyn Kugell (BBO# 561622)
Tracy Thomas Boland (BBO# 638878)
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02108
617 523-6666

Dated: November 9, 2006

**ASSENTED TO:**

/s/ Daniel W. Rice/TTB
Daniel W. Rice (BBO# 559269)
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184
781 849-8479

## **CERTIFICATE OF SERVICE**

    I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be electronically served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by ECF on this 9th day of November 2006.

                                        /s/ Tracy Thomas Boland
                                        Tracy Thomas Boland