**MORGAN, BROWN & JOY, LLP**

ATTORNEYS AT LAW

200 STATE STREET

BOSTON, MASSACHUSETTS 02109-2605

TELEPHONE (617) 523-6666

FACSIMILE (617) 367-3125

TRACY THOMAS BOLAND

DIRECT DIAL (617) 788-5052
tboland@morganbrown.com

November 28, 2006

Ms. Zita Lovett
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

> ### Re:  Greenwood v. Yale Appliance and Lighting, Inc.
> ### Civil Action No. 05-10605-JLT

Dear Ms. Lovett

My firm represents the Defendant in the above-referenced matter.

On August 21, 2006, the Court issued an Order granting the parties' Motion for Extension of Time to Complete Discovery by November 30, 2006. That Order also cancelled the conference that had been set for September 5, 2006 but did not re-schedule the conference.

As discovery is set to close this week, and we have no further deadlines set in the case, we hereby request a status conference and/or request the Court set a deadline for filing of, and opposition to, dispositive motions.

Please contact me with any questions. Thank you for your attention to this matter.

Sincerely,

Tracy Thomas Boland

cc:    Daniel Rice, Esq.
       Jaclyn Kugell, Esq.