UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
DANIEL GREENWOOD,                   )
                                                          )
                    Plaintiff,      )
                                                          )  Civil Action No. 05-10605 JLT
v.                                                            )
                                                          )
YALE APPLIANCE AND LIGHTING, INC.,  )
                                                          )
                   Defendant.    )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF COUNT I AND COUNT II

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Daniel Greenwood ("Plaintiff"), by and through his counsel, states that Count I (violation of the FLSA) and Count II (violation of M.G.L. c. 149, § 148) of his Complaint are hereby dismissed with prejudice, without costs, and with all rights of appeal waived.

| DANIEL GREENWOOD | YALE APPLIANCE AND LIGHTING, INC. |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Daniel W. Rice | /s/Tracy Thomas Boland |
| Daniel W. Rice (BBO# 559269) | Jaclyn Kugell (BBO# 561622) |
| Glynn, Landry, Harrington & Rice, LLP | Tracy Thomas Boland (BBO# 638878) |
| 10 Forbes Road | Morgan, Brown & Joy, LLP |
| Braintree, MA 02184 | 200 State Street |
| 781 849-8479 | Boston, MA 02108 |
| | 617 523-6666 |

Dated: December 2, 2006