UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL GREENWOOD,                    *
                                     *
            Plaintiff,               *
                                     *
      v.                             *          Civil Action No. 05-10605-JLT
                                     *
YALE APPLIANCE AND LIGHTING,         *
INC.,                                *
                                     *
            Defendant.               *
                                     *

ORDER

December 12, 2006

TAURO, J.

      After a Conference held on December 12, 2006, this court hereby orders that:

      1.    Defendant will file a motion for summary judgment by January 22, 2007.

      2.    Plaintiff will file a response by February 26, 2007.

      3.    A Motion Hearing and Pretrial Conference will be held on March 6, 2007 at 10:00

            am.

      IT IS SO ORDERED.

                                         ____/s/ Joseph L. Tauro_____
                                         United States District Judge