UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL GREENWOOD,                   )
                                    )
            Plaintiff,              )
                                    )  Civil Action No. 05-10605 JLT
v.                                  )
                                    )
YALE APPLIANCE AND LIGHTING, INC.,  )
                                    )
            Defendant.              )
_____ )

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Yale Appliance and Lighting, Inc. ("Defendant" or "Yale") hereby moves for summary judgment on the Complaint filed by the plaintiff in this matter, Daniel Greenwood ("Plaintiff"). Yale sells and services major appliances and lighting. Plaintiff was formerly employed by Yale as a delivery driver. Plaintiff's claim is that he was discriminated against on the basis of his age, discharged in violation of the Family and Medical Leave Act ("FMLA"), and retaliated against for taking an FMLA and/or workers' compensation leave, when he was separated from Yale's employ in August 2004. In connection with those allegations, Plaintiff asserts the following counts against Yale:[1] Count III: Violation of the FMLA; Count IV: Retaliatory Discharge under the FMLA; Count V: Violation of the ADEA; Count VI: Violation of M.G.L. c. 151B (age); and Count VII: Violation of M.G.L. c. 152, § 75B(2). As explained more fully in the accompanying Memorandum, all of Plaintiff's claims should be dismissed as a matter of law.

---

[1] On December 2, 2006, Plaintiff voluntarily dismissed Count I: Violation of the FLSA; and Count II: Violation of M.G.L. c. 149, § 148.

        YALE APPLIANCE
AND LIGHTING, INC.
By its attorneys,


/s/ Tracy Thomas Boland
Jaclyn Kugell (BBO# 561622)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

Dated: January 22, 2007

## CERTIFICATE OF SERVICE

I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by ECF on this 22nd day of January 2007.

/s/ Tracy Thomas Boland
Tracy Thomas Boland