UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL GREENWOOD,                   )
                                    )
            Plaintiff,              )
                                    )   Civil Action No. 05-10605 JLT
v.                                  )
                                    )
YALE APPLIANCE AND LIGHTING, INC.,  )
                                    )
            Defendant.              )
_____ )

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Defendant, Yale Appliance and Lighting, Inc., has conferred and attempted in good faith to resolve or narrow the issues addressed by Defendant's Motion For Summary Judgment.

                                                  YALE APPLIANCE
                                                  AND LIGHTING, INC.
                                                  By its attorneys,

                                                  /s/ Tracy Thomas Boland
                                                  Jaclyn Kugell (BBO# 561622)
                                                  Tracy Thomas Boland (BBO# 638878)
                                                  MORGAN, BROWN & JOY, LLP
                                                  200 State Street
                                                  Boston, MA 02109
                                                  (617) 523-6666

Dated: January 24, 2007

### CERTIFICATE OF SERVICE

I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by ECF on this 24th day of January 2007.

                                                  /s/ Tracy Thomas Boland
                                                  Tracy Thomas Boland