UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
DANIEL GREENWOOD,                             )
                                              )
                Plaintiff,                   )
                                              )   Civil Action No. 05-10605 JLT
v.                                            )
                                              )
YALE APPLIANCE AND LIGHTING, INC.,            )
                                              )
                Defendant.                   )
_____)

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      Now comes the Plaintiff, Daniel Greenwood, and opposes the Defendant's Motion for Summary Judgment under Fed. R. Civ. P. Rule 56.  In support, the Plaintiff states that there are genuine issues of material fact present in this case, and thus the motion should be denied.  In further support, the Plaintiff submits the attached memoranda and exhibits.

                                        Respectfully submitted,

                                        THE PLAINTIFF,

                                        By his attorney,

                                        s/Daniel W. Rice
                                        Daniel W. Rice, BBO # 559269
                                        GLYNN, LANDRY, HARRINGTON
                                        & RICE, LLP
                                        10 Forbes Road
                                        Braintree, MA 02184
                                        (781) 356-1399

Dated: February 26, 2007