UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL GREENWOOD,                   )
                                    )
                Plaintiff,          )
                                    )   Civil Action No. 05-10605 JLT
v.                                  )
                                    )
YALE APPLIANCE AND LIGHTING, INC.,  )
                                    )
                Defendant.          )
_____)

### PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 7.1

I certify under Local Rule 7.1 that the parties have conferred and attempted in good faith to resolve or narrow the issues raised in the Motion for Summary Judgment, and the Plaintiff's related Motion to Strike.

s/Daniel W. Rice

Dated: February 26, 2007