UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL GREENWOOD,                )<br>                                                      )<br>            Plaintiff,            )<br>                                                      )   Civil Action No. 05-10605 JLT<br>v.                                                  )<br>                                                      )<br>YALE APPLIANCE AND LIGHTING, INC.,  )<br>                                                      )<br>            Defendant.             ) | |

## DEFENDANT'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Pursuant to LR 7.1(B)(3), Defendant respectfully requests leave to file a Reply Memorandum in further support of Defendant's Motion for Summary Judgment. A Reply Memorandum is necessary to address a legal theory Plaintiff has raised and argued in his Opposition papers for the first time (a "mixed motive" standard of proof). The Reply Memorandum will further aid the Court in considering Defendant's Motion by clarifying the dispositive legal issues, and addressing Plaintiff's misapprehension of relevant legal arguments and the record. It is not Defendant's intention to use the Reply Memorandum merely to restate what has already been argued to the Court in its initial memorandum in support of the Motion.

The Plaintiff has assented to Defendant's request for leave to file a Reply Memorandum.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | YALE APPLIANCE AND LIGHTING, INC. |
|  | By its attorneys, |
|  | /s/ Jaclyn L. Kugell |
|  | Jaclyn Kugell (BBO# 561622) |
|  | Tracy Thomas Boland (BBO# 638878) |
|  | MORGAN, BROWN & JOY, LLP |
|  | 200 State Street |
|  | Boston, MA 02109 |
| Dated: February 27, 2007 | (617) 523-6666 |

## CERTIFICATE PURSUANT TO LR 7.1

Pursuant to Local 7.1(A)(2), the undersigned counsel for Defendant certifies that she has conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion. Counsel for Defendant further certifies that Plaintiff's counsel has assented to the relief requested in this motion.

/s/ Jaclyn L. Kugell
Jaclyn L. Kugell

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA on this 27th day of February, 2007.

/s/ Jaclyn L. Kugell
Jaclyn L. Kugell