## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____

DANIEL GREENWOOD,

      Plaintiff,

                            Civil Action No. 05-10605

v.

YALE APPLIANCE AND LIGHTING, INC.

      Defendant.

_____

### ASSENTED-TO MOTION TO EXTEND DEADLINE
### FOR SUMMARY JUDGMENT HEARING

      Defendant hereby moves to extend the hearing currently set for Tuesday, March 6, 2007 for argument on Defendant's Motion For Summary Judgment.  Plaintiff has assented to this motion.

      As grounds for this Motion, Defendant states the following:

      1.      On February 26, 2007, Plaintiff filed and served his Memorandum In Support Of His Opposition To The Defendant's Motion For Summary Judgment, Plaintiff's Response To Defendant's Local Rule 56.1 Statement Of Facts, and Plaintiff's Motion To Strike Defendant's Exhibit 15.

      2.      Yesterday, February 27, 2007, Defendant filed an Assented-To Motion For Leave To File A Reply Memorandum.  In the event the Court grants that Motion, Defendant respectfully seeks a reasonable time period to prepare that Reply.

      3.      Defendant is contemplating the necessity of a Motion To Strike Facts from Plaintiff's Statement Of Additional Material Facts, which is included as part of Plaintiff's Response To Defendant's Local Rule 56.1 Statement Of Facts.

4.      Local Rule 7.1(B)(2) provides Defendant with fourteen (14) days after service of Plaintiff's Motion To Strike to file an opposition thereto, which puts Defendant's deadline to do so at March 12, 2007.

5.      Contemplating sufficient time for Defendant's filings as delineated above, as well as time for Plaintiff's anticipated opposition to any Motion to Strike Defendant files, Defendant respectfully requests the Court reschedule the hearing on its Motion For Summary Judgment to a date after April 3, 2007 that is convenient for the Court.[1]

WHEREFORE, Defendant respectfully requests the hearing on Defendant's Motion For Summary Judgment to a date after April 1, 2007 that is convenient for the Court.

<div style="margin-left: 40%;">

YALE ELECTRIC,

By its attorneys,

/s/Tracy Thomas Boland
Jaclyn Kugell (BBO# 561622)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
(617) 523-6666

</div>

Dated: February 28, 2007


ASSENTED TO:

/s/ Daniel W. Rice/TTB
Daniel W. Rice (BBO# 559269)
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184
781 849-8479

---

[1]      Defendant also notes that its lead counsel has a pre-planned family vacation out of state from April 13 through April 17, 2007 and Plaintiff's lead counsel similarly plans to be on vacation from April 16, 2007 through April 20, 2007.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Defendant, Yale Appliance and Lighting, Inc., has conferred and attempted in good faith to resolve or narrow the issues addressed by Defendant's Motion To Extend Deadline For Summary Judgment Hearing.

/s/ Tracy Thomas Boland
Tracy Thomas Boland

## CERTIFICATE OF SERVICE

I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by ECF on this 28th day of February, 2007.

/s/ Tracy Thomas Boland
Tracy Thomas Boland