UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                 )
DANIEL GREENWOOD,                 )
                                                 )
                     Plaintiff,       )
                                                 )   Civil Action No. 05-10605 JLT
v.                                                  )
                                                 )
YALE APPLIANCE AND LIGHTING, INC.,   )
                                                 )
                   Defendant.     )
_____)

**DEFENDANT'S MOTION TO STRIKE PORTIONS OF
PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS, OR IN THE
ALTERNATIVE, TO DISREGARD THE IDENTIFIED PORTIONS IN
CONSIDERING DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

      Defendant Yale Appliance and Lighting, Inc. ("Defendant" or "Yale") hereby moves to strike portions of Plaintiff's Statement Of Additional Material Facts ("Plaintiff's Facts"). As explained more fully in the memorandum filed herewith, the identified portions of Plaintiff's facts either wholly contradict prior deposition testimony or so mischaracterize deposition testimony as to not be appropriately before the Court in its consideration of Defendant's Motion For Summary Judgment.

      For these reasons, Defendant respectfully requests the Court allow Defendant's Motion To Strike Portions Of Plaintiff's Statement Of Additional Material Facts, Or In The Alternative, To Disregard The Identified Portions In Considering Defendant's Motion For Summary Judgment.

YALE ELECTRIC,

By its attorneys,

/s/Tracy Thomas Boland
Jaclyn Kugell (BBO# 561622)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
(617) 523-6666

Dated: March 16, 2007

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Defendant, Yale Appliance and Lighting, Inc., has conferred and attempted in good faith to resolve or narrow the issues addressed by the foregoing Motion.

/s/ Tracy Thomas Boland
Tracy Thomas Boland

## CERTIFICATE OF SERVICE

I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by ECF on this 16th day of March, 2007.

/s/ Tracy Thomas Boland
Tracy Thomas Boland
