**SHANTANU BASU, M.D. F.A.C.S**

125 Parker Hill Avenue, Suite 385
Boston, Massachusetts 02120
(617) 277-5587
Fax (617) 232-1660



*New England
Baptist
Hospital*

*Diplomate American Board of Surgery*



TUFTS UNIVERSITY
SCHOOL OF MEDICINE
*Assistant Clinical Professor
of Surgery*

January 22, 2004

Re: Daniel P. Greenwood
    Claim #: 8309880673
    DOI: 11/12/03

TO WHOM IT MAY CONCERN:

This is to state that I saw Mr. Daniel Greenwood in my office today for a postoperative visit. He has no discomfort at this time.

On exam he is healing very well.

I recommended he can return to work for one-(1) week light-duty.

He will be re-evaluated next week. If at that time he should be asymptomatic at that time he can return to full-duty at that time.

Sincerely,

Shantanu Basu, M.D.

SB:cmb