UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANIEL GREENWOOD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10605-JLT |
| | * | |
| YALE APPLIANCE AND LIGHTING, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

August 28, 2007

TAURO, J.

    This court hereby orders:

1) Plaintiff's Motion to Strike Defendant's Exhibit 15 [#29] is DENIED WITHOUT PREJUDICE to raising the issue at trial.

2) Defendant's Motion to Strike Portions of Additional Material Facts [#34] is DENIED, as explained in the accompanying Memorandum.

3) Defendant's Motion for Summary Judgment [#22] is ALLOWED IN PART AND DENIED IN PART.  Summary Judgment shall enter for the Defendant on Count Three and Count Seven.  Counts Four, Five and Six shall proceed to trial.

4) A Final Pretrial Conference will be held on November 6, 2007, at noon.

IT IS SO ORDERED.

                                  /s/ Joseph L. Tauro
                              United States District Judge