UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************************
**DANIEL GREENWOOD,**              *
                                   *
              **Plaintiff,**       *
                                   *
v.                                 *     Civil Action No. 05-10605 JLT
                                   *
**YALE APPLIANCE AND LIGHTING, INC.,** *
                                   *
              **Defendant.**       *
*****************************************
```

### DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant Yale Appliance and Lighting, Inc. ("Yale") moves that this Court reconsider its denial of Yale's Motion for Summary Judgment as to Counts Four, Five and Six of the Complaint. The grounds for this motion, as set forth in greater detail in the memorandum of law submitted herewith, are that this Court's decision on Count Four is based on an erroneous factual statement which is contradicted by the record before this Court, and further includes resulting errors of law. In denying summary judgment on Counts Five and Six, this Court relied on its erroneous analysis of Count Four of the Complaint, and thus summary judgment should enter for Yale on these counts as well.

        Respectfully submitted,

        YALE APPLIANCE AND LIGHTING, INC.,

        By its attorneys,

        /s/Tracy Thomas Boland
        Jaclyn Kugell (BBO# 561622)
        Tracy Thomas Boland (BBO# 638878)
        MORGAN, BROWN & JOY, LLP
        200 State Street

Dated: September 10, 2007        (617) 523-6666

## CERTIFICATE OF SERVICE

    I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Daniel W. Rice, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, by ECF on this 10th day of September, 2007.

                                              /s/ Tracy Thomas Boland
                                              Tracy Thomas Boland