UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DANIEL GREENWOOD,                           )
                                            )
           Plaintiff,                       )
                                            )   Civil Action No. 05-10605 JLT
v.                                          )
                                            )
YALE APPLIANCE AND LIGHTING, INC.,          )
                                            )
           Defendant.                       )
_____)

**ASSENTED TO MOTION TO ENLARGE TIME OF PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION**

Now comes the Plaintiff, and with the assent of the Defendant, moves to enlarge the time he has to respond to the Defendant's Motion for Reconsideration to on or before October 17, 2007. In support thereof, the Plaintiff states that the parties have agreed to attend a mediation of this action on October 10, 2007. It will thus preserve the parties' resources and serve the interests of judicial economy to enlarge the Plaintiff's time for responding until after the mediation.

1

Respectfully submitted,

| DANIEL GREENWOOD | YALE APPLIANCE AND LIGHTING, INC. |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Daniel W. Rice | /s/Tracy Thomas Boland |
| Daniel W. Rice (BBO# 559269) | Jaclyn Kugell (BBO# 561622) |
| Glynn, Landry, Harrington & Rice, LLP | Tracy Thomas Boland (BBO# 638878) |
| 10 Forbes Road | Morgan, Brown & Joy, LLP |
| Braintree, MA 02184 | 200 State Street |
| 781 849-8479 | Boston, MA 02108 |
| | 617 523-6666 |

Dated: September 24, 2007