UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
DANIEL GREENWOOD,                     )
                                                          )
               Plaintiff,        )
                                                          )  Civil Action No. 05-10605 JLT
v.                                                     )
                                                          )
YALE APPLIANCE AND LIGHTING, INC.,  )
                                                          )
               Defendant.     )
_____)

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby dismiss this action with prejudice.  Each party will bear his/its own costs.

                                           Respectfully submitted,

                                           THE PLAINTIFF,

                                         By his attorney,

                                         s/Daniel W. Rice
                                         Daniel W. Rice, BBO # 559269
                                         GLYNN, LANDRY, HARRINGTON
                                         & RICE, LLP
                                         10 Forbes Road
                                         Braintree, MA 02184
                                         (781) 356-1399

                    YALE ELECTRIC,

                    By its attorneys,

                    /s/Tracy Thomas Boland
                    Jaclyn Kugell (BBO# 561622)
                    Tracy Thomas Boland (BBO# 638878)
                    MORGAN, BROWN & JOY, LLP
                    200 State Street
                    (617) 523-6666

Dated:  October 12, 2007